# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## CENTRAL DIVISION

DEONTAE MAURICE McCRYSTAL　　　　　　　　　　　　　　PLAINTIFF
ADC #176738

v.　　　　　　　　　No. 4:21-cv-803-DPM

KEJUANIA GRAYSON, Program
Specialist, Wrightsville Hawkins
Unit; ASA HUTCHINSON, Governor,
Arkansas; DEXTER PAYNE, Director,
ADC; and EARL, Warden, Wrightsville
Hawkins Unit　　　　　　　　　　　　　　　　　　　　　　DEFENDANTS

## ORDER

This case is closely related to *Hayes v. Rutledge*, 4:21-cv-347-LPR, the lead case of several cases recently filed in the Eastern District of Arkansas and later consolidated.  Judge Rudofsky has agreed to accept a transfer and has asked that this case be consolidated with *Hayes*, too.  That would promote judicial economy.  The Court therefore directs the Clerk to reassign this case to Judge Rudofsky, GENERAL ORDER NO. 39, § (b)(5), and consolidate this case with *Hayes v. Rutledge, et al.*, 4:21-cv-347-LPR.  All future filings should be made in that case.

So Ordered.

_____
D.P. Marshall Jr.
United States District Judge

13 September 2021